IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONWAY STEEL FABRICATION, INC.                                    PLAINTIFF

v.                        Case No. 4:12-cv-616-KGB

STABRIDG CONSTRUCTION CO., INC., et al.                           DEFENDANTS

## ORDER

Before the Court is James H. Starnes's motion to be admitted *pro hac vice* as counsel for separate defendants Stabridg Construction Co., Inc., Richard Stacey, Keith Bridgham, and Elaine Weems (Dkt. No. 16). The motion is granted pursuant to Local Rule 83.5(d).

SO ORDERED this the 18 day of October, 2012.

_____
Kristine G. Baker
United States District Judge