IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CONWAY STEEL FABRICATION, INC. | ) )  )|
| Plaintiff, | ) ) |
| VS. | ) Case No. 4:12-cv-00616-KGB ) |
| STABRIDG CONSTRUCTION CO., INC., et al. | ) ) ) ) |
| Defendants, | ) |

### ORDER DISMISSING SEPARATE DEFENDANT MASONRY IV

CAME ON THIS DAY for consideration Plaintiff's Motion to Dismiss Separate Defendant Masonry IV, and the court being now well and sufficiently advised, hereby finds, orders, and decrees as follows: The Plaintiff desires that this Court now dismiss without prejudice all claims raised in this action against separate Defendant Masonry IV. Defendant Masonry IV is unopposed to Plaintiff's Motion. Therefore, at the request of the Plaintiff and for good cause shown, separate Defendant Masonry IV shall be dismissed without prejudice.

IT IS SO ORDERED, this 1st day of April, 2013.

_____
HON. Kristine G. Baker

Prepared by:

/s/ Ben Kent
Benjamin A. Kent, AB #2006273
Charles Darwin "Skip" Davidson
*Davidson Law Firm, Ltd.*
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, AR 72201
(501) 320-5132
Fax: (501) 374-5917