IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CONWAY STEEL FABRICATION, INC.  Plaintiff, | )<br>)<br>)<br>) |
| VS. | ) Case No. 4:12-cv-00616-KGB |
| | ) |
| STABRIDG CONSTRUCTION CO., INC., et al.  Defendants, | )<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Upon considering the parties' Joint Motion to Dismiss filed herein, the Court now finds and orders:

1. Plaintiff Conway Steel Fabrication, Inc.'s claims against Defendant Dick's Sporting Goods, Inc. are dismissed with prejudice.

2. Plaintiff Conway Steel Fabrication, Inc. and Defendant Stabridg Construction Co., Inc. have agreed to the entry of a Consent Judgment with regard to the claims against Stabridg Construction Co., Inc.

3. Plaintiff Conway Steel Fabrication, Inc.'s claims against Defendants Richard Stacey, Keith Bridgham, and Elaine Weems are dismissed with prejudice.

4. Defendant Dick's Sporting Goods, Inc.'s crossclaim against Defendant Stabridg Construction Co., Inc. is dismissed with prejudice.

5. Defendant Stabridg Construction Co.'s crossclaim against Defendant Dick's Sporting Goods, Inc. is dismissed with prejudice.

6. Each party shall bear its own costs and attorney fees.

SO ORDERED THIS __12th__ DAY OF __July__, 2013.

_____Kristine G. Baker_____
HON. KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE