IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CONWAY STEEL FABRICATION, INC. | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) Case No. 4:12-cv-00616-KGB ) |
| STABRIDG CONSTRUCTION CO., INC., et al. | ) ) ) ) |
| Defendants, | ) |

## CONSENT JUDGMENT

On this day is the presented Joint Motion of the parties Conway Steel Fabrication, Inc. and separate defendant Stabridg Construction Co., Inc. for entry of a consent judgment per their settlement of this action. Based upon the agreement of the parties as evidenced by the Motion and the signatures of counsel below,

IT IS HEREBY CONSIDERED, ORDERED and ADJUDGED that plaintiff Conway Steel Fabrication, Inc. does have and recover of and from defendant Stabridg Construction Co., Inc. the sum of One Hundred Sixty-Four Thousand, One Hundred Seven and 19/100 dollars ($164,107.19) for which execution and garnishment may issue as provided by law.

SO ORDERED AND ADJUDGED.

_____
HON. KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

July 12, 2013
_____
DATE